ACCEPTED
05-14-01238-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/3/2015 5:30:43 PM
LISA MATZ
CLERK

NO. 05-14-01238-CR

[TRIAL COURT NO. F14-00302-J]

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/3/2015 5:30:43 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| ROBERTO ARNOLDO MARTINEZ | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE FIFTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

## STATE'S MOTION TO EXTEND THE TIME FOR FILING THE STATE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the State of Texas, through the Criminal District Attorney of Dallas County, and files this Motion to Extend the Time for Filing the accompanying State's Brief until April 3, 2015, and would show the following:

### I.

On September 17, 2014, a jury convicted appellant of failure to register as a sex offender enhanced by a prior conviction in the Criminal District Court No. 3. The jury assessed punishment at seven (7) years' imprisonment. Appellant timely filed a notice of appeal.

Appellant's brief was filed with this Court on February 26, 2015. The State's brief was due March 28, 2015.

### II.

This case has not yet been set for submission. No prior extensions have been granted to the State in this case.

1

III.

Due to other assignments, this attorney was unable to complete the accompanying brief until today. Tthe State respectfully requests that the time for filing the State's brief be extended until April 3, 2015.

IV.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the time for filing the accompanying State's brief be extended six (6) days until April 3, 2015.

Respectfully submitted,

LARISSA T. ROEDER
ASSISTANT DISTRICT ATTORNEY
STATE BAR NO. 24010357
FRANK CROWLEY COURTS BLDG, LB 19
DALLAS, TEXAS 75207-4399
(214) 653-3636

## CERTIFICATE OF SERVICE AND WORD-COUNT COMPLIANCE

I hereby certify that a true copy of this motion has been served on, Assistant Public Defender Julie Woods, attorney for appellant, via electronic service at Julie.Woods@dallascounty.org on April 3, 2015. I further certify that this document contains 306 words, inclusive of all contents.

LARISSA T. ROEDER